**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MONICA BOLYARD,** on behalf of herself and a class of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WALGREENS BOOTS ALLIANCE, INC.,**<br><br>Defendant. | **No. 1:24-cv-03138**<br><br>**The Honorable Steven C. Seeger** |

**<u>DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES</u>**

Defendant Walgreens Boots Alliance, Inc., by its undersigned counsel, under Federal Rule of Civil Procedure 7.1, states that Walgreens Boots Alliance, Inc. does not have any parent corporation(s), and no publicly held corporation owns 10% or more of Walgreens Boots Alliance, Inc.'s stock. The entities and individuals directly or indirectly owning 5% or more of the common stock of Walgreens Boots Alliance, Inc., are The Vanguard Group, Inc., BlackRock, Inc., State Street Corporation, Alliance Santé Participations S.A., NewCIP II S.a.r.l., and Stefano Pessina.

Respectfully Submitted,

Dated: May 15, 2024

By: */s/ Brian D. Straw*

Brett M. Doran
Brian D. Straw
Dambi Kim
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400 (Main)
(312) 456-8435 (Facsimile)
DoranB@gtlaw.com
Brian.Straw@gtlaw.com
Dambi.Kim@gtlaw.com

*Attorneys for Defendant*
*Walgreens Boots Alliance, Inc.*

## CERTIFICATE OF SERVICE

I, Brian D. Straw, an attorney, certify that I electronically filed Defendant's Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification as to Affiliates with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record on this 15th day of May, 2024.

*/s/ Brian D. Straw*
*Attorney for Defendant*
*Walgreens Boots Alliance, Inc.*