**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Monica Bolyard
                              Plaintiff,

v.                                                 Case No.: 1:24−cv−03138
                                                       Honorable Steven C. Seeger

Walgreens Boots Alliance, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 13, 2024:

        MINUTE entry before the Honorable Steven C. Seeger: The joint motion to transfer the case (Dckt. No. [19]) is hereby granted. The Court transfers this case to the Eastern District of California, where Navarro et al v. Walgreens Boots Alliance, Inc., Case No. 1:24−cv−00290−KES−SKO (E.D. Cal.) is presently pending, pursuant to the first−to−file rule. Another related case, Bodunde v. Walgreens Boots Alliance, Inc., Case No. 24−cv−2437, was also transferred from the Northern District of Illinois and is now pending in the Eastern District of California. The Clerk's Office shall transfer this case to the Eastern District of California forthwith. The case here is closed. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.